DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

JENNIFER URBEN,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2023-2249

————————————————

November 19, 2025

Appeal from the Circuit Court for Pinellas County; William H. Burgess, III, Judge.

Blair Allen, Public Defender, and Matthew J. Salvia, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Katherine Coombs Cline, Senior Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

     Affirmed.

NORTHCUTT, BLACK, and LABRIT, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.